UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   1:22mj02148 Becerra

UNITED STATES OF AMERICA

vs.

ANGELO MARTINEZ,
ERIC MANUEL SUERO TERRERO, and
JUSTO MATOS PENA,

      **Defendants.**

_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?  ___ Yes  _X_ No

2.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?  ___ Yes  _X_ No

3.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019?  ___ Yes  _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   _Michele Vigilance_

Michele S. Vigilance
Assistant United States Attorney
Court ID No.: A5502091
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 432-1406
michele.vigilance@usdoj.gov

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| ANGELO MARTINEZ, ERIC MANUEL SUERO TERRERO, and JUSTO MATOS PENA. | ) Case No.   1:22mj02148 Becerra ) ) ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __January 18, 2022__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Sections 70503(a)(1) and 70506 (b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).  Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Javiel Gonzalez, USCGIS Special Agent
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Telephone__.

Date:  __01/31/2022__

_____
*Judge's signature*

City and state:  __Miami, Florida__

Hon. Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Javiel Gonzalez, being duly sworn, hereby depose and state the following:

1.      I am currently assigned as a Special Agent with the Coast Guard Investigative Service (CGIS) in Miami, Florida and have worked in this capacity since August, 2019. Prior to becoming a CGIS Agent, I worked as a Special Agent with the U.S. Secret Service from 2017-2019 and prior to that, I was employed by the State of Florida as a State Trooper and a Criminal Investigator. I have worked in law enforcement for a total of ten years. My official CGIS duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18 of the United States Code that is empowered by law to conduct investigations and to make arrests for offenses enumerated in the United States Code.

2.      The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Angelo MARTINEZ**, **Eric Manuel SUERO TERRERO**, and **Justo Elias MATOS PENA** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70506(b).

3.      On or about January 18, 2022, a United States Customs and Border Protection (CBP) Marine Patrol Aircraft (MPA) detected a go-fast vessel (GFV) approximately 158 nautical

miles southeast of Isla Beata, Dominican Republic, in international waters, displaying no indicia of nationality, and upon the high seas. United States Coast Guard Cutter (USCGC) NORTHLAND and the USS MILWAUKEE were diverted to investigate. Once in the vicinity, NORTHLAND launched an Over the Horizon boat (OTH) with embarked USCG boarding team and the USS MILWAKEE launched its helicopter (HELO). At this time, the USS MILWAUKEE's HELO observed the GFV crew jettisoning packages. Coast Guard personnel then saw the GFV stop in the water. Shortly thereafter, the OTH made contact with the GFV and gained positive control of the vessel.

4.      The USCG boarding team reported three (3) persons on board who were later identified as **Angelo MARTINEZ**, **Eric Manuel SUERO TERRERO**, and **Justo Elias MATOS PENA**. The master was identified as **Angelo MARTINEZ**, who made a claim of Colombian nationality for the GFV. The government of Colombia was contacted and stated that they could not confirm nor deny registration of the vessel. The GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States and a full law enforcement boarding was conducted.

5.       The USCG boarding team was able to recover six jettisoned bales and three additional bales on board the GFV, with a total sea weight of approximately 375 kilograms of suspected cocaine. Two field tests were conducted on the contraband which yielded positive results for cocaine. All three individuals, along with the suspected cocaine, were transferred to the NORTHLAND.

6.      Based on the foregoing facts, I submit that probable cause exists to believe that **Angelo MARTINEZ**, **Eric Manuel SUERO TERRERO**, and **Justo Elias MATOS PENA**, did

knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**.

Javiel Gonzalez
Special Agent
Coast Guard Investigative Service

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this __31__ day of January 2022.

HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

3